IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD HAMMAKER, )
    Plaintiff, )
)
v. )
) Case No. 2:13-cv-45
VERIZON WIRELESS (VAW) LLC, )
EXPERIAN INFORMATION SOLUTIONS, INC., )
TRANS UNION LLC; and )
EQUIFAX INFORMATION SERVICES, LLC; )
    Defendants. )

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

### A. Procedural Background

1. On or about December 20, 2012, Plaintiff Richard Hammaker ("Plaintiff") filed the Complaint in this action in the Circuit Court of Elmore County, Alabama, Case No. 29-CV-20121-900510.00 ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq., and the Federal Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., against the following Defendants: Verizon Wireless (VAW) LLC (inaccurately identified, as the correct party-defendant identity is "Verizon Wireless of the East LP"), Experian Information Solutions, Inc., Trans Union LLC; and Equifax Information Services, LLC.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Defendants Verizon Wireless (VAW) LLC (inaccurately identified, as the correct party-defendant identity is "Verizon Wireless of the East LP"), Experian Information Solutions, Inc., Trans Union LLC; and Equifax Information Services, LLC, were each served with Plaintiff's Complaint on December 27, 2012. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. Grounds for Removal

4. The present suit is an action over which the United States District Court, Middle District of Alabama, Northern Division has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. § 1441(b). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, and the Fair Debt Collection Practices Act 15 U.S.C. § 1692, et seq.

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendants Verizon Wireless (VAW) LLC (inaccurately identified, as the correct party-defendant identity is "Verizon Wireless of the East LP"),, Experian Information Solutions, Inc., Trans Union LLC; and Equifax Information Services, LLC, were first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in

the Middle District of Alabama, Northern Division because it is in the district and division embracing the place where the state court action is pending.

7.  Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Circuit Court of Elmore County, Alabama, as required by 28 U.S.C. § 1446(d).

8.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendant Trans Union in the State Court Action is attached hereto as **"Exhibit A"**.

9.  Trial has not commenced in the Circuit Court of Elmore County, Alabama.

10. All Defendants, who have been served upon the date of filing of this Notice of Removal, consent to the removal of this case. Joinders in the Removal from Verizon Wireless (VAW) LLC (inaccurately identified, as the correct party-defendant identity is "Verizon Wireless of the East LP"), Experian Information Solutions, Inc., and Equifax Information Services, LLC, are attached hereto as **"Exhibit B"**.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: January 22, 2013

Respectfully submitted,

**MATTHEW W. ROBINETT**
ASB-3523-I72M
**ATTORNEY FOR DEFENDANT TRANS UNION LLC**
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Facsimile:  (205) 251-5479
Email: mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

This is to certify that on January 22, 2013, a true and correct copy of the above and foregoing document has been hand delivered or delivered electronically to the following:

Wesley L. Phillips
wlp@wphillipslaw.com
Phillips Law Group, LLC
P.O. Box 130488
Birmingham, AL 35213-0488
*Counsel for Plaintiff*

L Jackson Young , Jr
ljy@ffdlaw.com
FERGUSON FROST & DODSON LLP
2500 Acton Road, Suite 200
P O Box 430189
Birmingham, AL 35243-0189
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

Kary Bryant Wolfe
kwolfe@joneswalker.com
Jones, Walker, L.L.P.
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, AL 35203
and
Brian J. Olson
bjolson@kslaw.com
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
*Counsel for Defendant*
*Equifax Information Services, LLC*

Glenn E. Ireland
cirekabd@carrallison.com
CARR ALLISON PC
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
*Counsel for Defendant*
*Verizon Wireless of the East LP*

MATTHEW W. ROBINETT