## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 7, 2013

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Hammaker v. Verizon Wireless (VAW) LLC et al

   Civil Action No. 2:13-cv-00045-TFM

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:13-cv-00045-MEF.

This new case number should be used on all future correspondence and pleadings in this action.