IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD HAMMAKER, )<br>)<br>Plaintiff, )<br>v. )  CASE NO. 2:13-cv-045-MEF<br>)<br>VERIZON WIRELESS (VAW) LLC, *et al.*, )<br>)<br>Defendants. ) | |

# **O R D E R**

On January 22, 2013, the Magistrate Judge filed a Recommendation (Doc. #62) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This action is DISMISSED without prejudice for lack of prosecution.

DONE this the 9th day of April, 2013.

                                                 /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE